IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:06cr73WHB-JCS

KENYATTA S. ADAMS

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, KENYATTA S. ADAMS, without prejudice.

DUNN LAMPTON
United States Attorney

Date:  August 22, 2006            s/David H. Fulcher.
                         By:   DAVID H. FULCHER
                               Assistant U.S. Attorney
                               Mississippi Bar No. 10179

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 25th  day of August, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE